# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JEANETTE LYN REY,**

      **Plaintiff,**

**v.**                                                  **Case No: 6:21-cv-124-GKS-EJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (the "Motion"), filed December 8, 2021. (Doc. 17.) Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g) so the following may occur:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain supplemental vocational expert testimony and resolve any conflicts between the Dictionary of Occupational Titles and the vocational expert's testimony in accordance with Social Security Ruling 00-4p; take any other actions necessary to complete the administrative record; offer the claimant an opportunity for a hearing; and issue a new decision.

(*Id.* at 1.)

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Upon consideration of the foregoing, I respectfully recommend that:

1. The Court **GRANT** Defendant's Unopposed Motion for Entry of Judgment with Remand. (Doc. 17.)
2. The final decision of the Commissioner be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.
3. The Court **DIRECT** the Clerk to enter a separate judgment in favor of Plaintiff and to close the case.

## NOTICE TO PARTIES

The party has fourteen days from the date the party is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). **If the parties do not object to this Report and Recommendation, then they may expedite the approval process by filing notices of no objection**.

Recommended in Orlando, Florida on December 8, 2021.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties