UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANETTE LYN REY,

Plaintiff,

v.                                                    Case No: 6:21-cv-124-GKS-EJK

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

## ORDER

THIS CAUSE comes before the Court upon Defendant, Commissioner of

Social Security's Unopposed Motion for Entry of Judgment Under Sentence Four of

42 U.S.C. § 405(g) With Remand of the Cause to the Defendant (Doc. 17) (Motion).

Defendant's Motion specifies that

> [u]pon remand, the Appeals Council will instruct the
> Administrative Law Judge to obtain supplemental
> vocational expert testimony and resolve any conflicts
> between the Dictionary of Occupational Titles and the
> vocational expert's testimony in accordance with Social
> Security Ruling 00-4p; take any other actions necessary to
> complete the administrative record; offer the claimant an
> opportunity for a hearing; and issue a new decision.

(Doc. 17:1). The Court referred the Motion to the United States Magistrate Judge for

a report and recommendation (Report and Recommendation).

On December 8, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 18), recommending that Defendant's Motion be granted, the Commissioner's decision be reversed and remanded, and judgment be entered for Plaintiff.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

> 1. United States Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 18) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.
>
> 2. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand of the Cause to the Defendant (Doc. 17) is **GRANTED**.
>
> 3. The Commissioner's final decision is **REVERSED**, and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.
>
> 4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Jeanette Lyn Rey, and against Defendant Commissioner, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this _27_ day of December, 2021.

_____
**G. KENDALL SHARP**
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record
Unrepresented Parties

2